

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,433-01 & 93,433-02

### EX PARTE LEONARDO H PEREIRA, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1461485-A & 1430258-A IN THE 338TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of murder and sentenced to life imprisonment. On the same day, Applicant was also convicted of aggravated sexual assault of a child and sentenced to five years' imprisonment. Applicant did not appeal his convictions. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On August 4, 2021, the trial court entered an order designating issues in both habeas cases. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its

evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed:       February 9, 2022
Do not publish